Case 3:06-cv-05210-RBL   Document 30-2   Filed 08/28/2006   Page 1 of 2

HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED _____
_____ RECEIVED

NOV - 3 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                              DEPUTY

06-CV-05210-ORD

_____ FILED _____ LODGED
_____ RECEIVED

AUG 2 8 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a Massachusetts Corporation | No. 3:06-cv-05210-RBL |
| Plaintiff<br>v.<br><br>William Arnhold, A Washington Citizen<br>William Arnhold Jr., A Washington Citizen<br>Robert Arnhold, A Washington Citizen<br><br>Defendants | ORDER<br>GRANTING REGISTRY<br>FUND DISBURSEMENT |

This matter is before the Court on Defendants Motion For Disbursement. The Court has considered the materials submitted by the parties and has issued the requested Summary Judgment to Plaintiff and accepted declared proceeds in the Court Registry.

As the case has been decided and Plaintiff been Terminated as a party, it is now ordered that the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $387,860.70 plus all accrued interest, minus any statutory users fees, payable to William E. Arnhold, PO Box 666, Milton, WA 98354, and mail or deliver the check to William E. Arnhold at PO Box 666, Milton, WA 98354.

IT IS SO ORDERED

~~Dated this 5th day of September, 2006~~
Dated this 3rd day of November, 2006.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By
*[signature: William E. Cahill]*